UNITED STATES of America,
Plaintiff–Appellee,

v.

James A. BUTLER, Defendant–
Appellant.

No. 02–6547.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

James A. Butler, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James A. Butler appeals the district court's order denying without prejudice his motion for disclosure of attorney's fees. We have reviewed the record and the district court's opinion and find that Butler's appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See United States v. Butler*, No. CR–91–44–3 (E.D.Va. Mar. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*